## OGDEN PORTLAND CEMENT CO. v. PUBLIC UTILITIES COMMISSION OF UTAH.

No. 3453.   Decided April 9, 1920.   (189 Pac. 598.)

Original application by the Ogden Portland Cement Company against the Public Utilities Commission of Utah for writ of prohibition.

ALTERNATIVE WRIT QUASHED, AND PEREMPTORY WRIT DENIED.

*H. H. Henderson, Wade M. Johnson,* and *Charles R. Hollingsworth,* all of Ogden, for plaintiff.

*Dan B. Shields,* Atty. Gen., and *Jas. H. Wolfe, O. C. Dalby,* and *H. Van Dam, Jr.,* Asst. Attys. Gen., for defendant.

*James F. MacLane, Charles C. Parsons, Rawlins, Ray & Rawlins,* and *Dickson, Ellis, Lucas & Adamson,* all of Salt Lake City, *amici curiæ.*

THURMAN, J.

This case was filed, argued, and submitted at the same time as was the case of *Union Portland Cement Co. v. Public Utilities Commission of Utah,* 56 Utah 175, 189 Pac. 593, recently decided by this court. The cases are identical in principle, the parties were represented by the same attorneys, and it was stipulated that the decision in one case should be controlling as to the other.

Upon the authority of the case referred to, it is ordered that the alternative writ heretofore issued be quashed and a peremptory writ denied, at plaintiff's cost.

CORFMAN, C. J., and FRICK, WEBER, and GIDEON, JJ., concur.